# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ESTEBAN RIVERA-LEBRON** | : | **NO. 21-412** |

## ORDER

**NOW**, this 29th day of August, 2023, upon consideration of the defendant's Memorandum of Law in Support of Motion for Early Termination of Supervised Release (Doc. No. 4) and the government's response, it is **ORDERED** that this motion is **DENIED.**

_____
TIMOTHY J. SAVAGE, J.