**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ESTEBAN RIVERA LEBRON** | : | **NO. 21-412** |

## <u>ORDER</u>

**NOW**, this 29th day of August, 2023, upon consideration of the defendant's Pro Se

Motion to Terminate Probation (Doc. No. 8), it is **ORDERED** that this motion is **DENIED**.

TIMOTHY J. SAVAGE, J.